# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TONY TYUS, JR. | |
| | Case No. 2:15cr12-WKW-02 |
| | USM No. 15602-002 |
| | Cecilia Vaca |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3 and 4   of the term of supervision.

☑ was found in violation of condition(s) count(s)   5   after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant knowingly left the district where he was authorized to reside without permission from the Court or USPO | 04/03/2018 |
| 2 | Defendant failed to notify the USPO of his plan to change his living arrangements | 04/03/2018 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4863

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
N/A

07/25/2018
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, Chief U.S. District Judge
Name and Title of Judge

08/06/2016
Date

DEFENDANT: TONY TYUS, JR.
CASE NUMBER: 2:15cr12-WKW-02

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to notify the USPO of his change in employment | 04/03/2018 |
| 4 | Defendant failed to pay the balance of the restitution imposed in this case | 12/12/2014 |
| 5 | Defendant committed another federal, state or local crime | 04/02/2018 |

DEFENDANT: TONY TYUS, JR.
CASE NUMBER: 2:15cr12-WKW-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twelve Months and One day with no supervised release to follow. The term of supervised release imposed on November 3, 2017 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be housed in a facility as near to Atlanta, GA as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL